IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV 29 P 2: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CITY OF BRUNDIDGE, ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06CV1066-MEF |
| ) | [Case No. CV-06-0275-JWK in |
| BRUNDIDGE LANDFILL, LLC, ) | the Circuit Court of Pike County, |
| ALLIED WASTE INDUSTRIES, INC., ) | Alabama] |
| ALLIED WASTE NORTH AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendants. | |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record hereby submits this Corporate Disclosure Statement providing the information requested in Rule 7.1 for Defendants Brundidge Landfill, LLC; Allied Waste Industries, Inc.; and Allied Waste North America, Inc.

1.  Defendant Brundidge Landfill, LLC is a Delaware limited liability company. Brundidge Landfill, LLC, by and through its counsel, hereby certifies that it has one parent corporation, Allied Waste North America, Inc., which is the sole member of Brundidge Landfill, LLC.

2.  Defendant Allied Waste North America, Inc. is a Delaware corporation. Allied Waste North America, Inc., by and through its counsel, hereby

certifies that it has one parent corporation, Allied Waste Industries, Inc. Allied Waste Industries, Inc. owns one-hundred percent (100%) of Allied Waste North America, Inc.'s stock.

3.   Defendant Allied Waste Industries, Inc. is a publicly traded Delaware corporation. Allied Waste Industries, Inc., by and through its counsel, hereby certifies that it has no parent companies and that there are no publicly held companies owning ten percent or more of Allied Waste Industries, Inc.'s stock.

Respectfully submitted, this 29th day of November, 2006.

*C Meade Hartfield*
One of the Attorneys for Defendants
Brundidge Landfill, LLC
Allied Waste Industries, Inc.
Allied Waste North America, Inc.

OF COUNSEL:
J. Banks Sewell, III (SEW003)
J. Chandler Bailey (BAI043)
C. Meade Hartfield (HAR281)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of November, 2006, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to

>Andrew P. Campbell
>Caroline Smith Gidiere
>CAMPBELL, WALLER & POER, LLC
>2100-A SouthBridge Parkway, Suite 450
>Birmingham, LA 35209
>205.803.0051
>Fax: 205.803.0053

>Richard F. Calhoun
>CALHOUN, FAULK, CURTIS & FAIRCLOTH, LLC
>78 S. Court Square
>P.O. Box 489
>Troy, AL 36081
>334.566.7200

_____
Of Counsel