IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV 29 P 2: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CITY OF BRUNDIDGE, ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv1066-MEF |
| ) | [Case No. CV-06-0275-JWK in |
| BRUNDIDGE LANDFILL, LLC, ) | the Circuit Court of Pike County, |
| ALLIED WASTE INDUSTRIES, INC., ) | Alabama] |
| ALLIED WASTE NORTH AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendants. | |

**DEFENDANT ALLIED WASTE NORTH AMERICA, INC.'S
<u>CONSENT TO REMOVAL</u>**

Defendant Allied Waste North America, Inc. hereby serves notice that it consents to the removal of this action to the United States District Court for the Middle District of Alabama.

Respectfully submitted, this <u>29th</u> day of November, 2006.

_____
One of the Attorneys for Defendant
Allied Waste North America, Inc.

OF COUNSEL:
J. Banks Sewell, III (SEW003)
J. Chandler Bailey (BAI043)
C. Meade Hartfield (HAR281)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of November, 2006, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

Andrew P. Campbell
Caroline Smith Gidiere
CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, LA 35209
205.803.0051
Fax: 205.803.0053

Richard F. Calhoun
CALHOUN, FAULK, CURTIS & FAIRCLOTH, LLC
78 S. Court Square
P.O. Box 489
Troy, AL 36081
334.566.7200

_____
Of Counsel