## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CITY OF BRUNDIDGE, ALABAMA** ) ) ) | |
| Plaintiff, ) ) | |
| ) | **CIVIL ACTION NO.** |
| ) | **2:06cv1066-MEF** |
| v. ) | |
| ) | **[Case No. CV-06-0275-JWK in** |
| **BRUNDIDGE LANDFILL, LLC,** ) | **Circuit Court of Pike County,** |
| **ALLIED WASTE INDUSTRIES,** ) | **Alabama]** |
| **INC., ALLIED WASTE NORTH** ) | |
| **AMERICA, INC.,** ) | **Opposed Motion** |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO STAY

**COMES NOW** the Plaintiff, the City of Brundidge, Alabama (hereinafter "the City" or "Plaintiff") in the above-styled cause, by and through its undersigned counsel of record, and hereby moves this Honorable Court to Stay the current proceedings and any deadlines or discovery in this matter pending resolution of the issue of subject matter jurisdiction and whether this matter should be remanded to state court. In support of this motion, the City states unto the Court as follows:

1.  Counsel for the Plaintiff has contacted the attorneys for the defendants and been advised that this motion is opposed by the defendants.

-1-

2. This action was commenced on October 26, 2006, when the City filed suit in the Circuit Court of Pike County, Alabama, CV-06-0275-JWK, against Defendants Brundidge Landfill, LLC, Allied Waste Industries, Inc., and Allied Waste North America, Inc. *See* Complaint.

3. The controversy at issue arises from the defendants' breach of a May 1, 2002 agreement (hereinafter "the Agreement") entered into between the City of Brundidge and Brundidge Landfill, LLC for the development, operation, and management of a landfill (hereinafter "the Landfill") located within the City of Brundidge, Alabama. *See* Plaintiff's Complaint and Defendant's Notice of Removal, at para. 15.

4. Plaintiff brings state law claims against all defendants for fraud and deceit (Count I), breach of contract (Count II), and promissory estoppel (Count IV), and seeks declaratory judgment that the Agreement is terminated and is now null and void because of defendants' breach of the agreement (Count III). Plaintiff also brings an Alter Ego claim (Count V) against Allied Waste Industries, Inc. and Allied Waste North America, Inc., alleging that Brundidge Landfill, LLC is the alter ego of those companies and that the defendants should be held jointly and severally liable. Plaintiff's Complaint does not seek any specific dollar amount, but instead requests judgment against the defendants for compensatory and punitive damages, attorneys'

fees and costs, interest, and such other relief as may be awarded. *See* Complaint.

5.  On or about November 29, 2006, Defendants filed a Notice of Removal. In their Notice of Removal, the defendants allege that this court has jurisdiction of this matter under 28 U.S.C. § 1332 (diversity jurisdiction).

6.  No basis for diversity jurisdiction exists based on a reading of the four corners of Plaintiff's Complaint, which does not request any specific dollar amount in damages and which identifies the principal place of business of Brundidge Landfill, LLC as being the State of Alabama, where the contract at issue was formed, where the Landfill is located, and where the acts giving rise to this Complaint took place. *See* Complaint.

7.  The time allotted for the filing of a Motion to Remand has not yet expired, and Plaintiff is timely filing a Motion to Remand this matter to the Circuit Court of Pike County, Alabama, where this action was properly filed.

8.  Given the existence of a dispute as to the existence of subject matter jurisdiction, proceeding with the setting of federal court deadlines or conducting discovery in federal court is premature and improper until the issue of subject matter jurisdiction is resolved.

**WHEREFORE**, the premises considered, Plaintiff respectfully requests that this Honorable Court stay this matter, including but not limited to the setting of any

federal discovery deadlines and the conducting of any discovery in federal court, until the issue of subject matter jurisdiction is addressed and the Court issues an Order in response to Plaintiff's Motion to Remand.

   /s   Caroline Smith Gidiere
One of the Attorneys for Plaintiff

OF COUNSEL:
Andrew P. Campbell
Caroline Smith Gidiere
CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
205-803-0051 Phone
205-803-0053 Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Banks Sewell, III
J. Chandler Bailey
C. Meade Hartfield
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200

Richard F. Calhoun
Calhoun, Faulk, Curtis & Faircloth, LLC
78 S. Court Square
P. O. Box 489
Troy, AL 36081

                                                  /s Caroline Smith Gidiere
                                                  Of Counsel