IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BRUNDIDGE, ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1066-MEF |
| | ) | |
| BRUNDIDGE LANDFILL, LLC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Stay (Doc. #8) filed on December 22,

2006, it is hereby

ORDERED that the motion is DENIED.

DONE this 22nd day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE