# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CITY OF BRUNDIDGE, ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| BRUNDIDGE LANDFILL, LLC, ) | 2:06 –cv-1066-MEF |
| ALLIED WASTE INDUSTRIES, INC., ) | |
| ALLIED WASTE NORTH AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendants. | |

## RULE 26 REPORT

1. Pursuant to Fed. R. Civ. P. 26(f), the parties conferred by email the weeks of December 18 and 25, 2006. Such correspondence was participated in by:

   Caroline Gidiere for Plaintiff, and

   C. Meade Hartfield for Defendants.

The parties do not request a conference with the Court before entry of the scheduling order.

2. <u>Case Status</u>.

Plaintiffs make the following claims: Count One (Fraud and Deceit); Count Two (Breach of Contract); Count Three (Declaratory Judgment); Count Four (Promissory Estoppel); Count Five [sic] (Alter Ego).

Defendants Brundidge Landfill, LLC, Allied Waste Industries, Inc., and Allied Waste North America, Inc. have removed the case to this Court and have filed an answer.

3. <u>Initial Disclosures</u>. The parties will exchange by **January 29, 2007,** the information required by Fed.R.Civ.P.26(a)(1).

4. <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

(a) Plaintiff's allegations of breach of contract, fraud and deceit, promissory estoppel, and alter ego;

(b) the facts underlying Defendants' various affirmative defenses, as well as Defendants' investigation and response to Plaintiffs' complaint; and

(c) other facts relevant to Plaintiff's claims and Defendants' defenses.

All party depositions will be concluded by **April 16, 2007**.

All written discovery will be propounded and all non-party depositions concluded by **July 30, 2007**.

5. <u>Discovery Limits</u>.

Maximum of **25** interrogatories by each party to any other party. Responses due **30** days after service.

Maximum of **45** requests for production of documents by each party to any other party. Responses due **30** days after service.

Maximum of **6** depositions by plaintiff(s) and **6** by each defendant. Each deposition limited to maximum of **7** hours unless extended by agreement of parties.

Maximum of **20** requests for admission by each party to any other party. Responses due **30** days after service.

The parties reserve their right to petition the Court for leave to exceed these limits if necessary.

6. Joinder of Additional Parties. The parties request until **April 30, 2007** to amend the pleadings to join additional parties.

7. Expert Reports. Reports from retained experts under Rule 26(a)(2) due:

from plaintiff(s) by **April 16, 2007**, with deposition by **May 1, 2007**;

from defendant(s) by **July 2, 2007**, with deposition by **July 16, 2007**.

All discovery to be completed by **July 30, 2007**.

8. Settlement Conference. The parties shall hold a settlement conference no later than **July 16, 2007**. No later than **July 23, 2007**, the parties shall file with the Court a "Notice Concerning Settlement Conference and Mediation" indicating

whether settlement was reached and, if not, whether mediation would help to resolve this case short of trial.

9. <u>Dispositive Motions</u>.  All potentially dispositive motions filed by **August 6, 2007**.

10. <u>Pretrial conference</u>.  The parties request a pretrial conference in **September 2007**.

11. <u>Pretrial Disclosures</u>. Final lists of witnesses, depositions, and exhibits under Rule 26(a)(3) due **October 5, 2007**.  Adverse parties shall **by October 12, 2007**, identify any responsive parts of depositions expected to be used, and a party shall **October 15, 2007** of the designation of such responsive parts designate any part which is desired as a rebuttal thereto.  All objections are due **October 22, 2007**.

12. <u>Trial Setting</u>.  This jury action should be ready for trial by **November 5, 2007** and at this time is expected to take approximately 5-6 trial days.

13. <u>Settlement</u>.  Settlement cannot be evaluated prior to the completion of some discovery.

    /s/ C. Meade  Hartfield
    One of the Attorneys for Defendants

OF COUNSEL:
J. Banks Sewell, III
J. Chandler Bailey
C. Meade Hartfield
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)


## **CERTIFICATE OF SERVICE**

      This is to certify that on this <u>27th</u> day of <u>December</u>, 2006, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

    Andrew P. Campbell
    Caroline Smith Gidiere
    CAMPBELL, WALLER & POER, LLC
    2100-A SouthBridge Parkway, Suite 450
    Birmingham, AL 35209
    205.803.0051
    Fax: 205.803.0053

    Richard F. Calhoun
    CALHOUN, FAULK, CURTIS & FAIRCLOTH, LLC
    78 S. Court Square
    P.O. Box 489
    Troy, AL 36081
    334.566.7200

          /s/ C. Meade Hartfield
          Of Counsel