IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CITY OF BRUNDIDGE, ALABAMA,   ) | |
| ) | |
| Plaintiff,   ) | |
| v.   ) | CASE NO. 2:06-cv-1066-MEF |
| ) | |
| BRUNDIDGE LANDFILL, LLC., *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #10) filed on December 27, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before January 19, 2007.  The plaintiff may file a reply brief on or before January 26, 2007.

DONE this the 4th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE