IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BRUNDIDGE, ALABAMA | * | |
| PLAINTIFF, | * | |
| vs. | * | CIVIL ACTION NO: 2:06-CV-1066-MET |
| BRUNDIDGE LANDFILL, LLC, | * | |
| ALLIED WASTE INDUSTRIES, INC. | | |
| ALLIED WASTE NORTH AMERICA, INC. | * | |
| DEFENDANTS | * | |

## NOTICE OF APPEARANCE

COMES NOW M. Dale Marsh, and Marsh, Cotter & Stewart, LLP and enters his appearance as co-counsel for Plaintiff, City of Brundidge, Alabama.

_____
M. Dale Marsh (MAR040)
Attorney for Plaintiff

OF COUNSEL:
MARSH, COTTER & STEWART, LLP
P. O. Box 310910
Enterprise, Alabama 36331
334-347-2626 (Telephone)
334-393-1396 (Facsimile)

## CERTIFICATE OF SERVICE

I, M. Dale Marsh, hereby certify that I have served a copy of the foregoing upon the following counsel of record by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed on this the 10 day of January, 2007.

J. Banks Sewell, III
J. Chandler Bailey
C. Meade Hartfield
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

Andrew P. Campbell
Caroline Smith Gidiere
Campbell, Waller & Poer, LLC
2100-A South Bridge Parkway, Suite 450
Birmingham, Alabama 35209

_____
OF COUNSEL