IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CITY OF BRUNDIDGE, ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| BRUNDIDGE LANDFILL, LLC, ) | 2:06 –cv-1066-MEF |
| ALLIED WASTE INDUSTRIES, INC., ) | |
| ALLIED WASTE NORTH AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Come now Plaintiff, City of Brundidge, Alabama, and Defendants, Brundidge Landfill, LLC, Allied Waste Industries, Inc., and Allied Waste North America, Inc., by and through their respective counsel, and hereby stipulate to the dismissal **WITH PREJUDICE** of any and all claims or causes of action asserted against Defendants by Plaintiff in the above-styled matter, with costs taxed as paid. A proposed Order for entry by the Court is attached.

                                 /s/ J. Chandler Bailey
                                 One of the Attorneys for Defendants

OF COUNSEL:
J. Banks Sewell, III
J. Chandler Bailey
C. Meade Hartfield
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

          /s/ Caroline Smith Gidiere
          One of the Attorneys for Plaintiff

OF COUNSEL:
Andrew P. Campbell
Caroline Smith Gidiere
CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been electronically filed on this the 28th day of September, 2007 with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following. If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

        Andrew P. Campbell
        Caroline Smith Gidiere
        CAMPBELL, WALLER & POER, LLC
        2100-A SouthBridge Parkway, Suite 450
        Birmingham, AL 35209
        205.803.0051
        Fax: 205.803.0053

        Richard F. Calhoun
        CALHOUN, FAULK, CURTIS & FAIRCLOTH, LLC
        78 S. Court Square
        P.O. Box 489
        Troy, AL 36081
        334.566.7200

                /s/ Caroline Smith Gidiere
                OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CITY OF BRUNDIDGE, ALABAMA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRUNDIDGE LANDFILL, LLC, )<br>ALLIED WASTE INDUSTRIES, INC., )<br>ALLIED WASTE NORTH AMERICA, )<br>INC., )<br>)<br>Defendants. | CIVIL ACTION NO.<br><br>2:06 –cv-1066-MEF |

### ORDER OF DISMISSAL

This Court has received a Joint Stipulation of Dismissal filed by the Plaintiff, City of Brundidge, Alabama, and Defendants, Brundidge Landfill, LLC, Allied Waste Industries, Inc., and Allied Waste North America, Inc. The Court finds that the Stipulation is well taken and hereby orders that all claims against Defendants Brundidge Landfill, LLC, Allied Waste Industries, Inc., and Allied Waste North America, Inc. are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

DONE this _____ day of _____, 2007.

_____
HON. MARK E. FULLER
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record