**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| CITY OF BRUNDIDGE, ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| BRUNDIDGE LANDFILL, LLC, | ) | 2:06 –cv-1066-MEF |
| ALLIED WASTE INDUSTRIES, INC., | ) | |
| ALLIED WASTE NORTH AMERICA, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | | |

**JOINT STIPULATION OF DISMISSAL**

Come now Plaintiff, City of Brundidge, Alabama, and Defendants, Brundidge Landfill, LLC, Allied Waste Industries, Inc., and Allied Waste North America, Inc., by and through their respective counsel, and hereby stipulate to the dismissal **WITH PREJUDICE** of any and all claims or causes of action asserted against Defendants by Plaintiff in the above-styled matter, with costs taxed as paid. Plaintiff has received express authorization and consent to represent here below the electronic signature of defense counsel, J. Chandler Bailey. A proposed Order for entry by the Court is attached.

                                                  /s/ J. Chandler Bailey
                                                One of the Attorneys for Defendants

OF COUNSEL:
J. Banks Sewell, III
J. Chandler Bailey
C. Meade Hartfield
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200

      /s/ Caroline Smith Gidiere
One of the Attorneys for Plaintiff

OF COUNSEL:
Andrew P. Campbell
Caroline Smith Gidiere
CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed on this the _____ day of _____, 2007 with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following. If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

Andrew P. Campbell
Caroline Smith Gidiere
CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
205.803.0051
Fax: 205.803.0053

Richard F. Calhoun
CALHOUN, FAULK, CURTIS & FAIRCLOTH, LLC
78 S. Court Square
P.O. Box 489
Troy, AL 36081
334.566.7200

/s/ Caroline Smith Gidiere
OF COUNSEL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BRUNDIDGE, ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| BRUNDIDGE LANDFILL, LLC, | ) | 2:06 –cv-1066-MEF |
| ALLIED WASTE INDUSTRIES, INC., | ) | |
| ALLIED WASTE NORTH AMERICA, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | | |

## ORDER OF DISMISSAL

This Court has received a Joint Stipulation of Dismissal filed by the Plaintiff, City of Brundidge, Alabama, and Defendants, Brundidge Landfill, LLC, Allied Waste Industries, Inc., and Allied Waste North America, Inc.  The Court finds that the Stipulation is well taken and hereby orders that all claims against Defendants Brundidge Landfill, LLC, Allied Waste Industries, Inc., and Allied Waste North America, Inc. are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

DONE this _____ day of _____, 2007.

_____
HON. MARK E. FULLER
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record