**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 2, 2007

# NOTICE OF CORRECTION

**To: ALL COUNSEL OF RECORD**
**From: CLERK'S OFFICE**

**Case Style: City of Brundidge, AL vs. Brundidge Lanfill, LLC, et al.**

**Case Number: 2:06cv1066-MEF**

**Referenced Pleading: Document #18- Stipulation of Dismissal**

**The referenced pleading was electronically filed on \*\*\*September 28, 2007\*\*\* is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**